UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATERNO Y MELEGRITO,<br><br>    Plaintiff,<br>    v.<br>CITIMORTGAGE INC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 11-01765 LB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Paterno Melegrito filed a complaint in this action on April 11, 2011. Complaint, ECF No. 1.[1] The court dismissed his complaint on June 6, 2011 and gave him leave to amend the complaint. 6/6/11 Order, ECF No. 16. To date, Mr. Melegrito has not filed an amended complaint. Accordingly, the court orders Mr. Melegrito to show cause why this case should not be dismissed for failure to prosecute. He must file a written response to this order to show cause by August 11, 2011.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-01765 LB
ORDER TO SHOW CAUSE

UNITED STATES DISTRICT COURT
For the Northern District of California